**WESTLAND OIL DEVELOPMENT COR-PORATION, Plaintiff-Appellant,**

v.

**SUMMIT TRANSPORTATION COMPA-NY, Davis Oil Company, Armada Petro-leum Corporation, Webb Industries, Inc., Thomas M. Hajecate, and J. E. Fisher, Defendants-Appellees.**

No. 5–44.

Temporary Emergency Court of Appeals.

Argued Dec. 6, 1979.

Decided Jan. 22, 1980.

Gerald L. Jones, Houston, Tex., and Charles N. Wooten, Sr., Lafayette, La., were on the brief for appellees (Armada Petroleum Corporation, Webb Industries, Inc., Thomas M. Hajecate and J. E. Fisher).

Morton L. Susman, Susman & Kessler, Houston, Tex., and William Pannill, Pannill & Hooper, Houston, Tex., were on the brief for appellant.

Bruce R. Genderson, Williams & Connolly, Washington, D.C., with whom Robert L. Weinberg and Jerry L. Shulman, Washington, D.C., of the same firm; Allen R. Snyder and Raymond J. Batla, Jr., Hogan & Hartson, Washington, D.C.; and Edward B. McDonough, Jr., Hirtz & McDonough, Houston, Tex., were on the brief for appellees (Summit Transportation Company and Davis Oil Company).

Before INGRAHAM, MORGAN and GEWIN, Judges.

PER CURIAM:

This case was dismissed by the district court on the grounds that plaintiff's amended complaint, on its face, stated no cause of action arising under the laws of the United States. We affirm the dismissal of this action based on the memorandum and order of the district court dated August 21, 1979. *Westland Oil Development Corporation v. Summit Transportation Co.*, 481 F.Supp. 15 (S.D.Tex.1979).

Affirmed.